IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Granderson, Loretta | Case Number: 07 B 05920 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/23/08 | Filed: 4/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: August 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,782.00 | |
| Secured: | | 14,140.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,484.00 |
| Trustee Fee: | | 1,047.02 |
| Other Funds: | | 1,110.00 |
| Totals: | 18,782.00 | 18,782.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,484.00 |
| 2. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 3. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 4. | Condor Capital Corp | Secured | 25,454.69 | 6,600.00 |
| 5. | Triad Financial Services | Secured | 14,951.73 | 6,600.00 |
| 6. | First Franklin Financial | Secured | 342.04 | 111.20 |
| 7. | First Franklin Financial | Secured | 2,551.19 | 829.78 |
| 8. | Illinois Lending Corporation | Unsecured | 2,513.97 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 615.61 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,060.00 | 0.00 |
| 11. | T Mobile USA | Unsecured | 549.76 | 0.00 |
| 12. | Kmart Corp | Unsecured | 1,090.90 | 0.00 |
| 13. | Condor Capital Corp | Unsecured | 510.89 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 1,261.84 | 0.00 |
| 15. | Norwest Capital Investment | Unsecured | 2,224.79 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 605.19 | 0.00 |
| 17. | AmeriCash Loans, LLC | Unsecured | 1,450.22 | 0.00 |
| 18. | National Capital Management | Unsecured | 495.74 | 0.00 |
| 19. | Verizon Wireless | Unsecured | 403.11 | 0.00 |
| 20. | AmeriCash Loans, LLC | Unsecured | 2,899.75 | 0.00 |
| 21. | Capital One Auto Finance | Secured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 26. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Granderson, Loretta

Printed: 12/23/08

Case Number: 07 B 05920
Judge: Goldgar, A. Benjamin
Filed: 4/3/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Riverside Mental Health Associates | Unsecured | | No Claim Filed |
| 29. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 30. | Bally's Health Club | Unsecured | | No Claim Filed |
| 31. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 32. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 33. | NCB | Unsecured | | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 61,465.42 | $ 16,624.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 504.76 |
| 6.5% | 468.05 |
| 6.6% | 74.21 |
| | $ 1,047.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

